Ex. B



| | | | |
|---|---|---|---|
| FANTASY SPORTS NETWORKS INC. | | | **INVOICE** |
| 132 W 31st Street, 8th FL | | | |
| New York, NY 10001 | | | |

| | | |
|---|---|---|
| | Invoice # | DK5012016 |
| DRAFTKINGS | Invoice Date | 01/20/16 |
| 125 Summer Street, Suite 510 | Due Date | 02/17/16 |
| Boston, MA 02110 | | |
| Attention: Anthony A Pitts | | |
| V.P. of Marketing | | |

| Item | Description | Amount |
|---|---|---|
| Production | Two half hour shows - Dec. 17, 2015 to Jan. 16, 2016<br>    - DRAFTKINGS FANTASY PLAYBOOK<br>    - DRAFTKINGS LIVE | 125,000.00 |
| | *Less: Discount* | (10,000.00) |
| | Subtotal | 115,000.00 |
| | **Total** | **US$115,000.00** |

Make all cheques payable to Fantasy Sports Networks Inc.
**Wire instructions:**

| | |
|---|---|
| Name of Bank | BMO Harris Bank |
| Address | P.O. Box 94033 |
| | Palatine, IL |
| | 60094-4033 |
| Account Name | Fantasy Sports Networks Inc. |
| Routing Number # | 071025661 |
| Account # | 4807053507 |

FNTSY contact name: Yvette Maione
Phone number    732-533-8807
Email address    ymaione@anthemse.com