Ex. E



FANTASY SPORTS NETWORKS INC.

# INVOICE

132 W 31st Street, 8th FL
New York, NY 10001

| | | |
|---|---|---|
| DRAFTKINGS | Invoice # | DK8041916 |
| 125 Summer Street, Suite 510 | Invoice Date | 04/19/16 |
| Boston, MA 02110 | Due Date | 05/17/16 |
| Attention: | | |

| Item | Description | Amount |
|---|---|---|
| Production | Two half hour shows  - March 17, 2016 to April 16, 2016<br> - DRAFTKINGS FANTASY PLAYBOOK<br> - DRAFTKINGS LIVE | 125,000.00 |
| | *Less: Discount* | (10,000.00) |
| | Subtotal | 115,000.00 |
| | **Total** | **US$115,000.00** |

Make all cheques payable to Fantasy Sports Networks Inc.
**Wire instructions:**

| | |
|---|---|
| Name of Bank | BMO Harris Bank |
| Address | P.O. Box 94033 |
| | Palatine, IL |
| | 60094-4033 |
| Account Name | Fantasy Sports Networks Inc. |
| Routing Number # 071025661 | |
| Account # | 4807053507 |

FNTSY contact name: Gobind Ramkumar
Phone number       416 987 7841 ex 567
Email address       gramkumar@anthemse.com